UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:13-cv-00052

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHERRY L. HERBERT, )<br>)<br>Defendant. )<br>) | **JUDGMENT** |

Upon the Motion of Plaintiff Unum Life Insurance Company of America for entry of Default Judgment, pursuant to Rule 55, Federal Rules of Civil Procedure, and default having been entered against Defendant on April 5, 2013, judgment is hereby entered in favor of Plaintiff against Defendant in the amount of $40,263.11, with interest accruing at the rate applicable to federal judgments from July 27, 2012. Costs shall be taxed against Defendant.

April 23, 2013

Frank G. Johns, Clerk
United States District Court